**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Andrew James Wilson, | ) | No. CV-10-1330-PHX-FJM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph M. Arpaio, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The court has before it the Report and Recommendation of the United States Magistrate Judge recommending that this action be dismissed for failure to prosecute (doc. 8). Plaintiff has not objected.

While incarcerated at the Maricopa County Tent City Jail, plaintiff filed a complaint against Maricopa County Sheriff Joseph Arpaio, alleging the conditions of his confinement were unconstitutional (doc. 1). On July 2, 2010, we ordered plaintiff to complete and return a service packet within 21 days (doc. 5). That order was returned as undeliverable because plaintiff had been released (doc. 7). Plaintiff has not completed the service packet or notified the court of a change in mailing address.

We agree with the Magistrate Judge that plaintiff's failure to prosecute his case warrants dismissal. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629, 82 S.Ct. 1386, 1388 (1962) (court has authority to dismiss *sua sponte* for lack of prosecution). The filing instructions that accompany the complaint form provided to plaintiff

1  state, "Failure to notify the Court of any change in your mailing address may result in the

2  dismissal of your case."  Plaintiff ignored these instructions, and his failure to update his

3  contact information renders lesser sanctions unavailable, as the court has no way to contact

4  plaintiff.

5        Therefore, **IT IS ORDERED DISMISSING** Wilson v. Arpaio, No. CV-10-1330-

6  PHX-FJM, without prejudice (doc. 1).

7        DATED this 8th day of March, 2011.

8

9                    Frederick J. Martone

10                   Frederick J. Martone
                  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28